# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00333-CV

**Joseph P. Thweatt, Appellant**

**v.**

**Billingsley House Moving, Inc.; and Oliver Billingsley, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-14-005006, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joseph P. Thweatt and appellees Billingsley House Moving, Inc. and Oliver Billingsley have notified this Court that they no longer wish to pursue this appeal and have filed a agreed motion to dismiss it with prejudice. We grant the parties' motion and dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Joint Motion

Filed: July 30, 2015